# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAITLYN GRACE LEE,<br><br>          Plaintiff,<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>          Defendants. | Case No. 2:19-cv-01041-APG-BNW<br><br>**ORDER** |

Missouri state-prison inmate Kaitlin Grace Lee submitted initiating documents to the court on June 17, 2019, which include an application to proceed *in forma pauperis* (IFP) and a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) She also filed a motion for appointment of counsel. (ECF No. 2.)

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete IFP application and attach (1) an inmate account statement for the past six months, and (2) a financial certificate from the institution where she is incarcerated certifying the amount of funds in plaintiff's inmate trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, plaintiff's IFP application is from a different district and does not include the information required in this district including the financial certificate and an inmate account statement for the past six months. The court therefore will deny plaintiff's IFP application without prejudice. Plaintiff must properly complete her IFP application or pay the full filing fee for this action. If plaintiff chooses to file a new IFP application, then she must file a complete application including all the documents referenced in this Order.

IT IS THEREFORE ORDERED that plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court must send plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

IT IS FURTHER ORDERED that by December 2, 2019, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that plaintiff's motion for appointment of counsel (ECF No. 2) is DENIED without prejudice for plaintiff to renew the motion after the matter of the filing fee is resolved.

DATED: October 31, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE