# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAITLIN GRACE LEE, | Case No.: 2:19-cv-01041-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| STEVE SISOLAK, et al., | [ECF No. 4] |
| Defendants | |

On December 5, 2019, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because the plaintiff has not complied with the court's orders or otherwise taken action in the case. ECF No. 4. Plaintiff Kaitlin Lee did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

Additionally, Judge Weksler's report and recommendation was returned in the mail. ECF No. 5. Under Local Rule IA 3-1, a pro se party must immediately advise the court of any change of address. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

/ / / /

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Judge Weksler's report and recommendation **(ECF No. 4) is accepted**. Plaintiff Kaitlin Grace Lee's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 9th day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE